costs to the plaintiff, respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Catherine A. Gillespie, Respondent, v. Lillian Glass, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Ed-Jac Realty Corporation, Plaintiff, v. Herman Feld and Others, Defendants. Carl W. Stern, Plaintiff, v. Ed-Jac Realty Corporation and Others, Defendants. 279 Fifth Avenue Corporation, Appellant, Respondent, v. Ed-Jac Realty Corporation, Defendant. Herman Feld and Others, Respondents, Appellants; Harry N. French, as Receiver, etc., and Others, Respondents.— Order modified by reducing receiver's fee to $1,500 and the attorney's fee to $250, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Maple Holding Corporation, Appellant, v. Weichman-Harte Realty Corporation and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion for judgment dismissing the complaint denied, with ten dollars costs, upon the ground that the alleged release does not release the plaintiff's cause of action. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Maple Holding Corporation, Appellant, v. Weichman-Harte Realty Corporation and Another, Respondents.— Appeal dismissed. No opinion. Present Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Charles Braunstein, Appellant, v. Giuffre & Holton Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of John P. Melius, Appellant, against Honorable Richard F. McKinery, a Magistrate of the City of New York, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Ætna Finance Corporation, Appellant, v. Rex Hedwig Laboratories, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of Max Schwartz Fur Co., Inc., for an Order Directing Arbitration between Max Schwartz Fur Co., Inc., Appellant, and William Haim, Respondent.— Order modified by striking out the words " the papers clearly indicate that owing to petitioner's numerous defaults the merchandise in question was never delivered to him," and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Philip Miner, Appellant, v. Max Reinhardt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Shoemaker Bridge Company of Delaware, Inc., Respondent, v. 21 West 86th Street Corporation, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Frank H. Tyler and Others, Respondents, v. Thomas Fairservis and Others.